IN THE MATTER OF ANN VITABILE AND STEPHANIE
LARASSO, CHARGED WITH CIVIL CONTEMPT OF THE
STATE COMMISSION OF INVESTIGATION.

May 2, 1983.

Petition for certification denied.  (See 188 *N.J.Super.* 61)

BOARD OF EDUCATION, TOWNSHIP OF BRANCHBURG,
SOMERSET COUNTY v. TOWNSHIP COMMITTEE OF
THE TOWNSHIP OF BRANCHBURG.

May 2, 1983.

Petition for certification denied.  (See 187 *N.J.Super.* 540)

NORMAN BIDDLE v. RALPH BIDDLE.

May 2, 1983.

Petition for certification denied.

PAUL E. MORAN AND PATRICIA A. MORAN v. CARL M.
FREEMAN ASSOCIATES NEW ENGLAND, INC.

May 2, 1983.

Petition for certification denied.